P. T. McDERMOTT, INC., Respondent, v. LAWYERS MORTGAGE COM-

PANY, Appellant, and Others, Defendants.— Motion for reargument granted, and case set down for Thursday, February 27, 1919, upon the question, Does the Lien Law* require to be reduced to writing and filed a contract providing that a part of the proceeds of the building loan shall be applied to purposes other than the improvement of the property, and as to the effect of *Pennsylvania Steel Co.* v. *Title Guarantee & Trust Co.* (193 N. Y. 37) upon this case. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

---

* See Consol. Laws, chap. 33 (Laws of 1909, chap. 38), § 22, as amd. by Laws of 1916, chap. 507.— [REP.